UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| EDGAR YOVANY BAJAN,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondent. | Case No. 5:26-cv-03660-AB-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that:

1. The Petition is GRANTED in part, with Respondents ORDERED to:
   a. hold an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Edgar Yovany Bajan (A# 246 058 941)** within seven (7) days of the date of this Judgment, with instructions that (i) the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider

bond, (ii) the bond hearing be presided over by a different immigration judge than the immigration judge who presided over the previous custody redetermination hearing, and (iii) the immigration judge must provide a written, reasoned decision if bond is denied, with factual findings; OR

b. release Petitioner from custody, subject only to narrowly tailored conditions of release, if any, no more restrictive than necessary to reasonably assure Petitioner's appearance as required at future immigration proceedings and to protect the community if Petitioner is not timely provided with the aforementioned bond hearing; and

2. The Petition is DENIED without prejudice as to all other relief sought.

Dated: July 31, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE